## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kelly Ann Schwartz aka Kelly Ann O'Keefe<br><br>Debtor<br><br>Bank of America, N.A., or its Successor or Assignee<br>                Movant<br>    vs.<br><br>William C. Miller, Trustee<br>Kelly Ann Schwartz aka Kelly Ann O'Keefe<br>             Respondents | Chapter 13<br>Bankruptcy No. 17-13873 ELF |

### PRAECIPE TO WITHDRAW BANK OF AMERICA, N.A.'S OBJECTION TO CONFIRMATION OF PLAN

TO THE CLERK OF BANKRUPTCY COURT:

Kindly withdraw Bank of America, N.A.'s Objection to Confirmation of Plan, without prejudice.

/s/ Celine P. DerKrikorian
ANN E. SWARTZ, ESQUIRE, I.D. # 201926
CELINE P. DERKRIKORIAN, ESQUIRE - ID # 313673
ALEXANDRA T. GARCIA, ESQUIRE - ID # 307280
Attorney for Bank of America, N.A.
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com