**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Kelly Ann Schwartz aka Kelly Ann O'Keefe<br><br>Debtor<br><br>Bank of America, N.A., or its Successor or Assignee<br>           Movant<br>       vs.<br><br>William C. Miller, Trustee<br>Kelly Ann Schwartz aka Kelly Ann O'Keefe<br>           Respondents | Chapter 13<br>Bankruptcy No. 17-13873 ELF |

**CERTIFICATION OF SERVICE**

I, Celine P. DerKrikorian, attorney for the Movant, Bank of America, N.A., hereby certify that I served a true and correct copy of the Praecipe to Withdraw Bank of America, N.A.'s Objection to Confirmation of Plan, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date of Service: October 9, 2017

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, Pennsylvania 19107
Via CM/ECF

Kelly Ann Schwartz aka Kelly Ann O'Keefe
10820 Modena Terrace
Philadelphia, Pennsylvania 19154
Via United States Mail

Michael W. Gallagher
401 West Johnson Highway
Suite 4
East Norriton, Pennsylvania 19401
Via CM/ECF

/s/ Celine P. DerKrikorian
ANN E. SWARTZ, ESQUIRE, I.D. # 201926
CELINE P. DERKRIKORIAN, ESQUIRE - ID # 313673
ALEXANDRA T. GARCIA, ESQUIRE - ID # 307280
Attorney for Bank of America, N.A.
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com